NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM R. SCHAEFER, )
)
   Appellant, )
)
v. )  Case No. 2D16-5237
)
PATRICIA A. SCHAEFER, )
)
   Appellee. )
                )

Opinion filed October 5, 2018.

Appeal from the Circuit Court for
Hillsborough County; Christopher C. Nash,
Judge.

W. Dale Gabbard of The Law Office of W.
Gabbard, P.A., Tampa, for Appellant.

James R. Schaffer of James R. Schaffer,
P.A., Tampa, for Appellee.


PER CURIAM.


   Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.